O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ARGUEZ PEREZ, | ) | Case No. CV 12-3973-CAS (JPR) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS AND |
| vs. | ) | RECOMMENDATIONS OF U.S. |
| | ) | MAGISTRATE JUDGE |
| TIM PEREZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

   The Court has reviewed the First Amended Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636.  On November 7, 2014, Petitioner filed what he styled as "Motion to the Reply to Petitioner Request to Response to the Court Order to File an Answer to Grounds One Through Four to the FAP" and which the Court construes as his objections to the R&R.  The document is difficult to decipher and appears to address some claims that the Court already found, in its Order of August 14, 2013, Petitioner may not bring.[1]  In any

---

[1] Petitioner is no longer incarcerated, and on September 15, 2014, the Magistrate Judge advised him that he might wish to seek help from one of the district's pro se clinics before filing his
(continued...)

1

1  event, nothing in the objections undermines the reasoning of the
2  R&R.
3      Having made a de novo determination of the portions of the
4  R&R to which Petitioner objected, the Court accepts the findings
5  and recommendations of the Magistrate Judge.  IT IS ORDERED that
6  the First Amended Petition is denied without leave to amend and
7  Judgment be entered dismissing this action with prejudice.

9  DATED: November 25, 2014
          CHRISTINA A. SNYDER
10         U.S. DISTRICT JUDGE

---

28   [1](...continued)
objections.  It is unclear whether he did so.

2