JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JOSE ARGUEZ PEREZ,  ) Case No. CV 12-3973-CAS (JPR)
        Petitioner,  )
                         ) **J U D G M E N T**
      vs.  )
TIM PEREZ, Warden,  )
        ~~Respondent.~~  )

    As stated in the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: <u>November 25, 2014</u>

*[signature]*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE